BLADES LUMBER COMPANY *vs.* KENT & WEEKS LUMBER COMPANY.

New Castle County, November Term, 1896.

**Practice. Affidavit of Demand. Corporation. Officer.**—An affidavit of demand by a plaintiff corporation must set forth in the body of it the official character of the officer who makes it; it is not sufficient to add the official title to his signature.

This was an action of assumpsit to recover the amount due on a promissory note. The plaintiff filed the following affidavit.

"Before me, M. R. Griffen, a notary public for the State of Delaware, personally comes James B. Blades, secretary and treasurer of the Blades Lumber Company, the plaintiff above named, who being by me duly sworn according to law, deposes and says that annexed hereto and marked exhibit "A" is a true and exact and verbatum copy of the writing or promissory note sued upon in this action. That the sum demanded of the said defendant is ————, and further says that he verily believes that the same is justly and duly due from the said defendant to the said plaintiff.

*Hilles,* for the defendant, objected to judgment under the statute because of the insufficiency of the affidavit, in that it was made by James B. Blades, who nowhere in his affidavit alleges that he is the secretary and treasurer.

Bouv. L. Dict. tit. Affidavit; *ex-parte Bank of Monroe*, 7 Hill 177; *ex-parte Shemway*, 4 Denio 258.

*Judgment was refused.*